IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARRY L. BALL,

           Petitioner,                            ORDER

     v.                                              07-cv-0670-bbc

RICHARD J. RAEMISCH, Secretary of the
Wisconsin Department of Corrections,

           Respondent.

---

     Barry Ball, an inmate at the Columbia Correctional Institution, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. I am directing respondent to produce the statements of the five confidential informants *ex parte* and under seal for *in camera* review by the court.

ORDER

     IT IS ORDERED that respondent has until March 28, 2008 to file the statements of the five confidential informants *ex parte* and under seal for *in camera* review by the court.

     Entered this 14th day of March, 2008.

                               BY THE COURT:

                               /s/
                               _____
                               STEPHEN L. CROCKER
                               Magistrate Judge